NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOFTVIEW LLC,**
*Appellant*

**v.**

**APPLE INC., MOTOROLA MOBILITY LLC,**
*Appellees*

---

2023-1006, 2023-1008

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,635, 95/002,126.

---

**JUDGMENT**

---

ALAN BURNETT, Law Office of R. Alan Burnett, Bellevue, WA, argued for appellant.

PARTH SAGDEO, Orrick, Herrington & Sutcliffe LLP, Boston, MA, argued for appellees. Apple Inc. also represented by MELANIE L. BOSTWICK, Washington, DC; MARK S. DAVIES, White & Case LLP, Washington, DC; JAMES P. MURPHY, Polsinelli PC, Houston, TX.

SONAL NARESH MEHTA, Wilmer Cutler Pickering Hale

and Dorr LLP, Palo Alto, CA, for Motorola Mobility LLC. Also represented by MADELEINE C. LAUPHEIMER, Boston, MA; JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Raleigh, NC; DAVID A. REED, Atlanta, GA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 6, 2024
Date

Jarrett B. Perlow
Clerk of Court